# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-2411

Frank Pestello,

    Plaintiff/Movant,

v.

Sentry Recovery & Collections, Inc.,

    Defendant.

## COMPLAINT

For this Complaint, Plaintiff, Frank Pestello, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA"), in its illegal efforts to collect a consumer debt.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Frank Pestello ("Plaintiff"), is an adult individual residing in Parker, Colorado, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant Sentry Recovery & Collections, Inc. ("Sentry"), is a Nevada business entity with an address of 3080 S. Durango Drive, Suite 203, Las Vegas, Nevada 89117, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

5.  Plaintiff allegedly incurred a financial obligation (the "Debt") to an original creditor (the "Creditor") for an apartment lease.

6.  The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

7.  The Debt was purchased, assigned or transferred to Sentry for collection, or Sentry was employed by the Creditor to collect the Debt.

8.  Defendant attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

### B. Sentry Engages in Harassment and Abusive Tactics

9.  On or about July 16, 2014, Sentry contacted Plaintiff in an attempt to collect the Debt.

10. During the initial conversation, Plaintiff told Sentry that he disputed the Debt because he had an agreement with the Creditor.

11. Sentry responded that the Debt was valid and threatened to "ruin" Plaintiff's credit if the Debt was not paid immediately.

### C. Plaintiff Suffered Actual Damages

12. Plaintiff has suffered and continues to suffer actual damages as a result of Defendant's unlawful conduct.

13. As a direct consequence of Defendant's acts, practices and conduct, Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

**COUNT I**
**VIOLATIONS OF THE FEDERAL FAIR DEBTCOLLECTION PRACTICES ACT –**
**15 U.S.C. § 1692, *et seq.***

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Defendant's conduct violated 15 U.S.C. § 1692d in that Defendant engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with collection of the Debt.

16. Defendant's conduct violated 15 U.S.C. § 1692e in that Defendant used false, deceptive and/or misleading representations or means in connection with collection of the Debt.

17. Defendant's conduct violated 15 U.S.C. § 1692e(10) in that Defendant employed false and deceptive means to collect the Debt.

18. Defendant's conduct violated 15 U.S.C. § 1692f in that Defendant used unfair and unconscionable means to the Debt.

19. Defendant's conduct violated 15 U.S.C. § 1692g(b) in that Defendant overshadowed Plaintiff's right to dispute the Debt.

20. The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA.

21. Plaintiff is entitled to damages as a result of Defendant's violations.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

3. The costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. §

    1692k(a)(3); and

4. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: August 29, 2014

                                      Respectfully submitted,

                                      By  */s/ Jenny DeFrancisco*

                                      Jenny DeFrancisco, Esq.
                                      CT Bar No.: 432383
                                      LEMBERG LAW LLC
                                      1100 Summer Street, 3rd Floor
                                      Stamford, CT 06905
                                      Telephone: (203) 653-2250
                                      Facsimile: (203) 653-3424
                                      E-mail: jdefrancisco@lemberglaw.co
                                      *Attorneys for Plaintiff*

                                      <u>Plaintiff:</u>
                                      Frank Pestello
                                      12123 Briar Leaf Court
                                      Parker, CO 80138